IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00180-REB
(Civil Action No. 10-cv-01809-REB)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

1. JOSE GUADALUPE HERRERA-HERNANDEZ,

    Defendant-Movant.
_____

## JUDGMENT
_____

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Robert E. Blackburn [#112], filed Jan. 23, 2013, the following Judgment is hereby entered:

1. The applicant's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [#26] filed March 14, 2011, is DENIED; and

2. The respondent's Motion To Dismiss or, in the Alternative, Answer to Defendant-Movant's Motion To Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [#30] filed October 13, 2011, is GRANTED; and

3. Under 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is DENIED; and

4. The corresponding civil action is hereby CLOSED.

Dated at Denver, Colorado this ___24th___ day of January, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By: _s/ Edward P. Butler_
    Edward P. Butler, Deputy Clerk